IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

RYAN TIERNEY, as the Personal
Representative of the ESTATE OF
MICHELLE TIERNEY and on
behalf of her survivors,

    Plaintiff,

v.                                                                                                    4:17cv05–WS/CAS

JULIE JONES, in her official
capacity as Secretary of the
FLORIDA DEPARTMENT OF
CORRECTIONS, et al.,

    Defendants.

---

## ORDER ADOPTING THE MAGISTRATE JUDGE'S
## REPORT AND RECOMMENDATION

Before the court is the magistrate judge's report and recommendation (doc. 35) docketed July 26, 2018. The magistrate judge recommends that Defendants' corrected motion for summary judgment (doc. 31) be granted in part. Plaintiff has filed no objections to the report and recommendation.

Having considered the record, the court finds that the magistrate judge's report and recommendation is due to be adopted.

Accordingly, it is ORDERED:

1. The magistrate judge's report and recommendation (doc. 35) is hereby ADOPTED and incorporated by reference into this order.

2. Defendants' corrected motion for summary judgment (doc. 31) is GRANTED as to Count III, which is the lone federal claim asserted in Plaintiff's complaint.

3. The case is REMANDED to the state court from which it came for further proceedings to resolve the issues of state law asserted in Counts I and II.

4. The clerk shall enter judgment as to Count III only, stating: "Count III is dismissed with prejudice."

DONE AND ORDERED this   4th   day of   September  , 2018.


s/ William Stafford
WILLIAM STAFFORD
SENIOR UNITED STATES DISTRICT JUDGE